UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARY HANAMAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 06-98-P-C |
| | ) |
| MAINE CORRECTIONAL CENTER, | ) |
| | ) |
|     Defendant. | ) |

## ORDER ADOPTING THE RECOMMENDED DECISION
## ON 28 U.S.C. § 2254 PETITION

After full <u>de novo</u> review, the Recommended Decision of the Magistrate Judge herein (Docket Item No. 13) is hereby **AFFIRMED, ACCEPTED,** and **ADOPTED** on the Magistrate Judge's straightforward statute of limitations analysis.  It is hereby **ORDERED** that the Motion to Dismiss be, and it is hereby, **GRANTED,** and the Complaint is hereby **DISMISSED**.

The Court **FINDS** that there is no circumstance in this case warranting the appointment of counsel and the request for appointment of counsel is hereby **DENIED**.

    **SO ORDERED**.

    /s/ Gene Carter
    GENE CARTER
    Senior U.S. District Court Judge

Dated at Portland, Maine this 11th day of September, 2006.